**SAMSON TIRE & RUBBER CORPORATION v. ROGAN, Collector of Internal Revenue.**

**No. 10201.**

Circuit Court of Appeals, Ninth Circuit.

Aug. 30, 1943.

For former opinion, see 136 F.2d 345.

E. S. Williams, of Los Angeles, Cal., for appellant.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and Homer R. Miller, Sp. Assts. to Atty. Gen. for appellee.

Before DENMAN, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

The motion of appellant to recall the mandate and re-tax costs against the collector, is well founded. Cf. United States v. Nunnally Invest. Co., 316 U.S. 258, 62 S.Ct. 1064, 86 L.Ed. 1455, 140 A.L.R. 792; Huntley v. So. Oregon Sales, 9 Cir., 104 F.2d 153; United States v. Morrisdale Coal Co., D.C.E.D.Pa., 46 F.Supp. 356; Brauch v. Birmingham, D.C.N.D. Iowa, 49 F.Supp. 229.

The mandate is ordered recalled and the clerk ordered to tax the costs.